COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:        Unity National Bank v. John Scroggins

Appellate case number:      01-20-00593-CV

Trial court case number:     2017-31933

Trial court:              164th District Court of Harris County

The Court's records indicate that appellant's notice of appeal, filed on August 18, 2020, may not have been timely filed to appeal the trial court's judgment signed on May 21, 2020. *See* TEX. R. APP. P. 26.1(a). Any party "seek[ing] to alter the trial court's judgment" must timely file a notice of appeal. TEX. R. APP. P. 25.1(c). Generally, if a party fails to timely file a notice of appeal, we have no jurisdiction to address the merits of the party's appeal. TEX. R. APP. P. 25.1(b).

On July 29, 2021, the Clerk of this Court notified appellant that the Court may dismiss this appeal for lack of jurisdiction unless appellant filed a written response that demonstrated, with citation to the record, statutes, rules, and case law, that this Court has jurisdiction over the appeal. On August 12, 2021, appellant responded to the notice by letter. *See generally* TEX. R. CIV. P. 306a(4), (5); TEX. R. APP. P. 4.2.

The Court requests from appellee, John Scroggins, a letter response to appellant's August 12, 2021 letter regarding jurisdiction. Appellee should include in his response whether he is opposed or unopposed to appellant's request for abatement of the appeal to allow the trial court to sign a written order specifying the date when appellant or appellant's attorney first received notice or acquired actual knowledge of the trial court's judgment. *See* TEX. R. APP. P. 4.2(c). The letter response must be filed no later than **14 days from the date of this order**.

Judge's signature: _____/s/ Julie Countiss_____

            ☑ Acting individually    ☐ Acting for the Court

Date: ___August 19, 2021_____